IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,   )
                            )
     Plaintiff,             )
                            )    MISC. ACTION NO.
     v.                     )     2:16mc3753-MHT
                            )         (WO)
HOME DEPOT,                 )
ATLANTA, GA,                )
                            )
     Garnishee,             )
                            )
JEFFREY EARL SMITH,         )
                            )
     Defendant.             )
```

**JUDGMENT**

It is the ORDER, JUDGMENT, AND DECREE of the court that the motion to dismiss garnishment (doc. no. 7), which the court interprets as a motion to vacate the writ of garnishment and dismiss this case, is granted; the writ of garnishment (doc. no. 2) is vacated; and this case is dismissed without prejudice.

This case is closed.

DONE, this the 18th day of August, 2016.

                                               /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**